■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN CARTER, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE LLOYD, Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM WALKER, Appellant.— [In each action] Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the April Term, beginning March 26, 1962; appeal ordered on the calendar for said term. Motion for assignment of counsel denied. The appeal is from an order denying, without a hearing, appellant's *coram nobis* application. Appellant, therefore, either has in his possession a copy of the original papers to be used in the consideration of this appeal, or has full knowledge of the contents of such papers. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER J. CHAPMAN, Appellant.— Motion by appellant to vacate order dated September 22, 1958, dismissing his appeal from a judgment of conviction, granted; order vacated. Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. Motion by appellant for assignment of counsel granted. Meyer F. Goodman, Esq., 136 South Main St., Freeport, N. Y., is assigned as counsel to prosecute the appeal. Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENZO CIRILLO, Appellant.— Motion by defendant for leave to appeal as a poor person and for assignment of counsel, will be treated as a motion: (1) to vacate an order of this court, entered October 25, 1948, dismissing defendant's appeal from a judgment of conviction rendered May 5, 1948; (2) for leave to dispense with printing; and (3) for assignment of counsel. Motion in all respects denied. (See *People* v. *Curry*, 14 A D 2d 564; *People* v. *Schaming*, 14 A D 2d 565.) Ughetta, Acting P. J., Christ, Pette and Brennan, JJ., concur.